UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| REBECCA ANN ELLIOTT, | ) CASE NO. 1:11 CV 1924 |
| ) | |
| Plaintiff, | ) |
| | ) JUDGE LESLEY WELLS |
| -vs- | ) |
| | ) |
| COMMISSIONER OF SOCIAL | ) ORDER ADOPTING REPORT AND |
| SECURITY, | ) RECOMMENDATION AND VACATING |
| | ) AND REMANDING COMMISSIONER'S |
| Defendant. | ) DECISION |

On 13 September 2011, Plaintiff Rebecca Ann Elliott filed a complaint against the Social Security Commissioner.  (Docket # 1.)  The case was automatically referred to United States Magistrate Judge Kenneth S. McHargh for a report and recommendation ("R&R").  (Docket # 3.)  In his R&R, Magistrate Judge McHargh concluded that the Commissioner's final decision denying Plaintiff's application for a period of disability, disability insurance benefits, and supplemental security income benefits was not supported by substantial evidence and, therefore, recommended that the Commissioner's decision be vacated and remanded.  (Docket # 15).

No party has objected to the Magistrate Judge's R&R.  Therefore, it must be assumed that the parties are satisfied with it.  Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 474

U.S. 140 (1985); <u>Howard v. Secretary of Health and Human Services</u>, 932 F.2d 505 (6th Cir. 1991); <u>United States v. Walters</u>, 638 F.2d 947 (6th Cir. 1981).

Accordingly, the Magistrate Judge's R&R is adopted.  The Court therefore vacates the decision of the Commissioner and remands the case under sentence four of 42 U.S.C. § 405(g) to the Social Security Administration.

IT IS SO ORDERED.

<u>/s/Lesley Wells</u>
UNITED STATES DISTRICT JUDGE